Elizabeth L. Kolar, Esq. (SBN 168935)
Tami S. Crosby, Esq. (SBN 129021)
**KOLAR & ASSOCIATES,**
**A LAW CORPORATION**
12241 Newport Avenue
Santa Ana, California 92705
Tel   :   (714) 544-0041
E-Mail   :   tami@kolarandassociates.com

Attorneys for Plaintiff,
**LUXURY LEASE PARTNERS, LLC**
**DBA LUXURY LEASE COMPANY**

JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT COURT OF CALIFORNIA

| LUXURY LEASE PARTNERS, LLC DBA LUXURY LEASE COMPANY, | Case No.: 5:23-CV-00614-RGK-(KKx) |
|---|---|
| Plaintiff, | **ORDER AND JUDGMENT OF DEFAULT AGAINST DEFENDANT GABOR MONTIQUE FUSICK, JR.** |
| vs. | **[26]** |
| GABOR MONTIQUE FUSICK, JR., and DOES 1-50, inclusive, | |
| Defendant. | Date:        10/02/2023<br>Time:        9:00 a.m.<br>Courtroom.:   850, 8th Floor |

On October 2, 2023, Plaintiff LUXURY LEASE PARTNERS, LLC DBA LUXURY LEASE COMPANY's Motion for Default Judgment against Defendant GABOR MONTIQUE FUSICK, JR. was taken under submission by this Court.

Having duly considered the briefs and evidence presented, **IT IS HEREBY ORDERED AND ADJUDGED THAT:**

/ / /

- 1 -

[PROPOSED] JUDGMENT AGAINST DEFENDANT GABOR MONTIQUE FUSICK, JR.

| | |
|---|---|
| 1 | Judgment is entered in favor of Plaintiff LUXURY LEASE PARTNERS, |
| 2 | LLC DBA LUXURY LEASE COMPANY and against Defendant GABOR |
| 3 | MONTIQUE FUSICK, JR. in the amount of $148,684.86. |
| 4 | Defendants GABOR MONTIQUE FUSICK, JR. is hereby ordered to turn |
| 5 | over 2021 Mercedes-Benz, E-Class Wagon, VIN W1KZF8KB6MA944605 and |
| 6 | license plate number 9BLC670 (the "Mercedes-Benz") including all of its keys, |
| 7 | manuals, and component parts to Plaintiff LUXURY LEASE PARTNERS, LLC |
| 8 | DBA LUXURY LEASE COMPANY. |
| 9 | **IT IS SO ORDERED AND ADJUDGED.** |

DATED: 9/28/2023

*/s/ Gary Klausner*
Honorable R. Gary Klausner
United States District Court Judge