|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LUXURY LEASE PARTNERS,

        Plaintiff,

    v.

GABOR MONTIQUE FUSICK, JR., et al.

        Defendants.

Case No. 5:23-cv-00614-RGK (SPx)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the application for writ of possession, records on file, and the Report and Recommendation of the United States Magistrate Judge. Defendant has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS THEREFORE ORDERED that plaintiff's application for writ of possession (docket no. 29) is granted in part as follows. The Court Clerk is directed to issue a writ of possession directing the San Bernardino County Sheriff to seize the 2021 Mercedes-Benz E-Class Wagon with VIN W1KZF8KB6MA944605 and turn that vehicle over to

//

//

plaintiff.  The Sheriff or Sheriff's Deputies may enter 3090 S. Cambridge Drive in Ontario, California to effectuate this Order.

Dated:  __2/2/2024_____          _____
                                  HONORABLE R. GARY KLAUSNER
                                  UNITED STATES DISTRICT JUDGE